# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT McCULLOCK,** | 3:19-cv-2110-DMS-DEB |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PATE APPLICATION TO VACATE THE TRIAL-RELATED DATES** |
| v. | |
| **N. SCHARR, et al.,** | **Dkt. No. 43** |
| Defendants. | |

With good cause appearing, the Court GRANTS Defendants' *ex parte* application to vacate the trial-related dates. Dkt. No. 43. The Final Pretrial Conference on June 11, 2021, the trial on July 12, 2021, and all related deadlines are vacated.

IT IS SO ORDERED.

Dated: April 9, 2021

The Hon. Daniel E. Butcher
United States Magistrate Judge

1